# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**UNITED STATES OF AMERICA**,

        Plaintiff,

    vs.                                               **Case No.: 07-CR-68**

**RYAN KING, ET AL.**,

        Defendant.

---

## FIFTH MOTION FOR TRAVEL PERMIT

---

The defendant, Ryan King, through the undersigned counsel, Christopher J. Cherella, hereby moves the Court for permission to travel outside the Eastern District of Wisconsin from Friday, August 28, 2009 until Friday, September 4, 2009.

Mr. King has a great grandmother (Rosetta Chambliss) who lives in Enterprise, Mississippi (Clarke County) and is of ill health. She is 98 years old and very sick. She may be passing away within the next week. The trip entails travel to and from Enterprise with Mr. King's immediate family. Mr. King plans on leaving Racine about 8:00 p.m. on Friday evening and driving via automobile straight through to Mississippi. The ride down there takes approximately 14 hours. He plans on leaving Mississippi on Friday morning at about 6:00 a.m. and returning back to Wisconsin in the evening hours. Mr. King will be residing at his grandmother's house. Her name is Irene King, and her address is 579 County Road, Enterprise, Mississippi. Her phone number is (601) 659-7275.

The Court has approved previous travel permits in the past. Mr. King has complied in all respects with the Court Orders for previous travel permits. He plans on doing the same if

approved in this instance.

Should the Court desire a hearing in this regard, counsel and Mr. King will make themselves available to the Court at the Court's earliest convenience. It should be noted that Mr. King has been compliant in all respects with his release on bond. There is nothing to date which suggests that this compliance will not remain into the future.

Based upon the statements made herein, the defendant moves for the relief requested.

Respectfully submitted this 26th day of August, 2009

Law Offices of Christopher J. Cherella


/s/  *Christopher J. Cherella*
_____
Christopher J. Cherella
Attorney for Ryan King
State Bar No.: 1000427


**P.O. ADDRESS**:
735 West Wisconsin Avenue
12th Floor
Milwaukee, WI 53233
Phone: (414) 347-9334
Fax:    (414) 224-1411
Email: chris@cherellalaw.com